# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

The Guarantee Company of North
America USA

v.                                                    Case Number: 4:20−cv−00191

Thyssen−Laughlin, Inc., et al.

## NOTICE OF RESETTING

**A proceeding has been set in this case as to Thyssen−Laughlin, Inc. as set forth below.**

**Before the Honorable Frances H Stacy**

**PLACE:**

United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/3/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: March 18, 2021                                              Nathan Ochsner, Clerk